Fourth Department, November, 2002

(November 15, 2002)

■ Joseph Welch et al., Respondents, v Paul Carr, Appellant. [749 NYS2d 190] —Appeal from a judgment (denominated order) of Supreme Court, Jefferson County (Gilbert, J.), entered May 1, 2001, which, inter alia, granted in part plaintiffs' motion for summary judgment. It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Lawton, JJ.